PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs.   Khayri McMillan

Docket No 10-562

### Petition for Action on Conditions of Pretrial Release

COMES NOW William Sobchik PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kharyi McMillan  who was placed under pretrial release supervision by the Honorable Ester Salas sitting in the Court at Newark, New Jersey, on May 10, 2010 under the following conditions:

$100,000 Unsecured Appearance Bond co-signed by Keiyaniah Byron.

1. The defendant shall be released into the third party custody of Keiyaniah Byron.
2. Pretrial Services supervision.
3. Home Detention, with electronic monitoring, with exceptions for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by Pretrial Services.
4. Surrender all passports and travel documents to Pretrial Services.  Do not apply for new travel documents.
5. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
6. Substance abuse testing and/or treatment as directed by Pretrial Services.
7. Maintain current residence or a residence approved by Pretrial Services.

On August 24, 2010 the defendant appeared before the Honorable Stanley R. Chesler and pled guilty to a charge of Conspiracy to Unlawfully Sell Firearms.  Sentencing is set for December 14, 2010.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER: A warrant be issued to serve as a detainer.

ORDER OF COURT

Considered and ordered this ____ day of __ _____, 201 6 and ordered filed and made a part of the records in the above case.

_____
Honorable Esther Salas
United States Magistrate Judg

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on          9/5/10

_____
William Sobchik
U.S. Pretrial Services Officer