PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **McMillan, Kharyi**                              Docket No. **10-562**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jennifer Pace** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Kharyi McMillan**, who was placed under pretrial release supervision by the **Honorable Esther Salas** sitting in the Court at 50 Walnut Street, Newark, New Jersey, on May 7, 2010, under the following conditions:

$100,000 Unsecured Appearance Bond co-signed by Keiyaniah Byron. The following conditions were also ordered:

The defendant shall be released into the third party custody of Keiyaniah Byron.
Pretrial Services supervision.
Home Detention, with electronic monitoring, with exceptions for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by Pretrial Services.
Surrender all passports and travel documents. Do not apply for new travel documents
Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
Substance abuse testing and/or treatment as directed by Pretrial Services.
Maintain current residence or a residence approved by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:
**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER A **Bail Review Hearing** *is set for December 3, 2010 at 9:30 am before Magistrate Judge Esther Salas.*

ORDER OF COURT

Considered and ordered this _24th_ day of _November_, _2010_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Esther Salas
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ _November 23, 2010_

_____
Jennifer Pace
**United States Pretrial Services Officer**